NUMBER
13-02-580-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

________________________________________________________________

 

JOYCE SHAW,                                                                     Appellant,

 

                                                   v.

 

BILL DUNN,                                                                           Appellee.

________________________________________________________________

 

                   On
appeal from the County Court at Law No. 3 

                                  of Nueces County, Texas

________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, JOYCE SHAW, attempted to perfect an appeal
from a judgment entered by the County Court at Law No. 3 of Nueces County, Texas, in cause number 97-60337-3.  Judgment in this cause was signed on June 26, 2002.  A timely
motion for new trial was filed on July 9, 2002. 
Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on September 24, 2002, but was not filed until October
16, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  Appellant=s untimely motion for leave to file notice of
appeal was received on October 22, 2002. 
Appellee=s response was
received and filed on October 25, 2002.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect her appeal, appellant=s untimely motion for leave
to file notice of appeal, and appellee=s response, is of the
opinion that appellant=s motion should be
denied and the appeal should be dismissed for want of jurisdiction.  Appellant=s motion for leave to file notice of appeal is
DENIED.  The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 27th
day of November, 2002.